October 10, 2016

RE:                              Thomas Jones Wise and Brandy Lynn Wise
Case Number:           15-23690

Gateway One Lending & Finance is withdrawing its Proof of Claim, claim #14, filed: 10/10/16 . Reason: Filed an error. Please see Claim#1 for amended claim

Thank you,


/s/ Stephanie Acuna

Bankruptcy Specialist | Special Collections
Gateway One Lending & Finance
160 N. Riverview Dr., Suite 100
Anaheim, CA 92808
(888) 810-8740|Toll Free
(714)388-3684 |Fax