

FILED
10/11/16 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

October 10, 2016

RE:                  Thomas Jones Wise and Brandy Lynn Wise
Case Number:         15-23690
Related to Dkt. No.  58

Gateway One Lending & Finance is withdrawing its Proof of Claim, claim #14, filed: 10/10/16 . Reason: Filed an error. Please see Claim#1 for amended claim

Thank you,

/s/ Stephanie Acuna

Bankruptcy Specialist | Special Collections
Gateway One Lending & Finance
160 N. Riverview Dr., Suite 100
Anaheim, CA 92808
(888) 810-8740|Toll Free
(714)388-3684 |Fax


SO ORDERED
October 11, 2016

_____
GREGORY L. TADDONIO cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 15-23690-GLT
Thomas Jones Wise, III                                              Chapter 13
Brandy Lynn Wise
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Oct 11, 2016
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2016.
```
db/jdb        +Thomas Jones Wise, III,   Brandy Lynn Wise,   4199 W. Roy Furman Highway,
               Waynesburg, PA 15370-7248
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: jennifer.macedo@gatewayonelending.com Oct 12 2016 02:11:04
               Gateway One Lending & Finance,   160 N. Riverview Dr.,   # 100,   Anaheim, CA 92808-2293
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David A. Rice    on behalf of Joint Debtor Brandy Lynn Wise ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor Thomas Jones Wise, III ricelaw1@verizon.net,
               lowdenscott@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Joint Debtor Brandy Lynn Wise niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Thomas Jones Wise, III niclowlgl@comcast.net
              William E. Craig    on behalf of Creditor    Gateway One Lending & Finance
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 9
```