IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 15-23690 GLT |
| Thomas J. Wise, III | ) | |
| Brandy L. Wise | ) | |
|       Debtor(s) | ) | |
| | ) | Chapter 13 |
| Thomas J. Wise, III | ) | |
| Brandy L. Wise | ) | Related to Proof of Claim |
|       Movant(s) | ) | 1 - Amended |
| v. | ) | Related to Document No. 63 |
| Gateway One Lending & Finance, LLC | ) | |
| | ) | |
| | ) | Hearing: 12/21/16 at 10:30 AM |
|       Respondent(s) | ) | |

**CERTIFICATION OF NO RESPONSE REGARDING OBJECTION TO CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on  November 2, 2016  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, responses to the Objection were to be filed and served no later than  November 19, 2016 .

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

Dated: November 21, 2016

                                                    /s/ Scott R. Lowden
                                                    Scott R. Lowden, Esq.
                                                    PA ID 72116
                                                    Rice & Assoc. Law Firm
                                                    15 W. Beau Street
                                                    Washington, PA 15301
                                                    lowdenscott@gmail.com
                                                    (412) 795-2223