IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 15-23690 GLT |
| Thomas J. Wise, III ) | |
| Brandy L. Wise ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Thomas J. Wise, III ) | |
| Brandy L. Wise ) | |
| Movant(s) ) | |
| v. ) | Related to Doc No. 66 |
| Gateway One Lending & Finance, LLC ) | |
| ) | Hrg: 12/21/16 at 10:30 AM |
| Respondent(s) ) | |

**CERTIFICATE OF SERVICE OF MODIFIED DEFAULT ORDER**

I certify under penalty of perjury that I served the above captioned document(s) on the parties at the addresses specified below or on the attached list on (date) November 28, 2016

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail and/or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 28, 2016

By:   /s/ Scott R. Lowden
Scott R. Lowden
PA ID No. 72116
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
(412) 374-7161
lowdenscott@gmail.com

Service by NEF:

| | |
|---|---|
| US Trustee | Ronda Winnecour, Trustee |
| ustpregion03.pi.ecf@usdoj.gov | cmecf@chapter13trusteewdpa.com |

Gateway One Lending & Finance
William E. Craig, Esq.
mortonlaw.bcraig@verizon.net

Via US Postal Service First-class Mail:

| | |
|---|---|
| *William E. Craig, Esq. | Gateway One Lending & Finance |
| 110 Marter Ave., Ste. 301 | 160 N. Riverview Dr., Ste 100 |
| Moorestown, NJ 08057 | Anaheim, CA 92808 |
| | Bian MacInnis, CEO |

*If applicable, Per Rule 7004(h) Service on an insured depository instutuion "shall be mailed by certified mail addressed to an officer of the instutuion unless: (1) the instutuion has appeared by its attorney, in which case the attorney shall be served by first class mail".  The above-mentioned insured depository was served upon the attorney appearing for the creditor by first-class mail.