Case 15-23690-GLT    Doc 84    Filed 03/02/17    Entered 03/03/17 00:58:39    Desc Imaged
                    Certificate of Notice    Page 1 of 2

FILED
2/28/17 6:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 15-23690 GLT |
| Thomas J. Wise III | ) | |
| Brandy Lynn Wise | ) | |
|       Debtor(s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
|       Applicant | ) | |
| | ) | Related to Dkt. No. 80 |
|       v. | ) | Hearing: March 8, 2017 at 2:30 p.m. |
| No Respondent | ) | |
|       Respondent | ) | |

## MODIFIED DEFAULT ORDER

AND NOW, this 28th day of February, 2017, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $6,414.93, of which $6,375.00 are attorney fees and $39.93 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00. This award covers the period from 10/6/2015 to 2/8/2017.

Therefore, the Application in its face amount of $2,414.93 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $2,414.93 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

The Clerk shall record the award of compensation for services rendered for the period of October 6, 2015 through February 8, 2017 are in the amount of **$6,375.00**, which includes a **$1,000.00** retainer previously paid to the applicant, no-look compensation in the amount of **$3,000.00** and additional compensation in the amount of **$2,375.00**. Expenses are awarded in the amount of **$39.93**. The total award of compensation and expenses are in the amount of **$6,414.93**.

Prepared by: Scott R. Lowden, Esq.

**DEFAULT ENTRY**

Dated: February 28, 2017

_____
Gregory L. Addonio    cgt
United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 10 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

Case Administration to serve: Scott R. Lowden, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas Jones Wise, III  
Brandy Lynn Wise  
      Debtors

Case No. 15-23690-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 1    Date Rcvd: Feb 28, 2017  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.  
db/jdb      +Thomas Jones Wise, III,   Brandy Lynn Wise,   4199 W. Roy Furman Highway,  
         Waynesburg, PA 15370-7248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:  
      Andrew F Gornall   on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      David A. Rice   on behalf of Joint Debtor Brandy Lynn Wise ricelaw1@verizon.net, lowdenscott@gmail.com  
      David A. Rice   on behalf of Debtor Thomas Jones Wise, III ricelaw1@verizon.net, lowdenscott@gmail.com  
      James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
      Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
      Kevin Scott Frankel   on behalf of Creditor   Nationstar Mortgage LLC pabk@logs.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      Scott R. Lowden   on behalf of Joint Debtor Brandy Lynn Wise niclowlgl@comcast.net  
      Scott R. Lowden   on behalf of Debtor Thomas Jones Wise, III niclowlgl@comcast.net  
      William E. Craig   on behalf of Creditor   Gateway One Lending & Finance mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
      TOTAL: 11