IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
Thomas Wise,
Brandy Wise,

    Debtors,

Thomas Wise,
Brandi Wise,

    Movants,
v

No Respondent.

Bankruptcy Case No. 15-23690-GLT
Chapter 13

**NOTICE OF CHANGE OF DEBTORS' ADDRESS**

Debtors' former mailing address:

    Thomas & Brandi Wise
    4199 W Roy Furman Highway
    Waynesburg, PA  15370

Debtors' current and future address:

    Thomas & Brandi Wise
    5855 Prosperity Pike
    West Finley, PA  15377

Dated: 06/21/2019

/s/: David A. Rice, Esq.
Attorney for Debtor(s)
15 West Beau Street
Washington, PA  15301
ricelaw1@verizon.net
724-225-7270
PA ID 50329