**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/26/2020

IN RE:

THOMAS JONES WISE, III
BRANDY LYNN WISE
5855 PROSPERITY PIKE
WEST FINLEY, PA 15377
XXX-XX-3810          Debtor(s)

XXX-XX-1037

Case No.15-23690 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/26/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 826.01<br>COMMENT: PAYPAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9003 |
| **CHROME FCU***<br>PO BOX 658<br>CANONSBURG, PA 15317 | Trustee Claim Number: 2   INT %: 5.00%<br>Court Claim Number:<br>CLAIM: 47,002.00<br>COMMENT: $@5%MDF/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0008 |
| **CHROME FCU***<br>PO BOX 658<br>CANONSBURG, PA 15317 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 601.15<br>COMMENT: SURR/PL*PD/PRIOR PL | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0006 |
| **CHROME FCU***<br>PO BOX 658<br>CANONSBURG, PA 15317 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 2,385.68<br>COMMENT: SURR/PL*PD/PRIOR PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0007 |
| **GATEWAY ONE LENDING & FINANCE LLC***<br>175 N RIVERVIEW DR<br>ANAHEIM, CA 92808 | Trustee Claim Number: 5   INT %: 5.00%<br>Court Claim Number: 1-2<br>CLAIM: 6,421.50<br>COMMENT: CL DENIED/OE*SURR/PL*RS/OE*AMD*W/30 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3810 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*1ST*CL=38764 | | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8515 |
| **AMERIFINANCIAL SOLUTIONS++**<br>POB 602570<br>CHARLOTTE, NC 28260 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8888 |
| **AMERIFINANCIAL SOLUTIONS++**<br>POB 602570<br>CHARLOTTE, NC 28260 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8889 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,555.90<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7076 |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 291.20<br>COMMENT: BILL ME LATER/SCH*PAYPAL CREDIT*AMD*FR COMENITY CAPITAL BK-DOC 93 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6489 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 5,927.17<br>COMMENT: CAP ONE~BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4756 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 1,042.54<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1983 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 805.40<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4054 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 492.08<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4434 |
| **CHROME FCU***<br>PO BOX 658<br><br>CANONSBURG, PA  15317 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~WASH FAMILY MDCN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0830 |
| **EXECUTIVE SERVICES**<br>POB 2248<br><br>WICHITA FALLS, TX  76307-2248 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: TITANIUM HILLING/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6585 |
| **HARRIS AND HARRIS LTD**<br>111 W JACKSON BLVD 400<br><br>CHICAGO, IL  60604 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: UNTIED REGIONAL HEALTH/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7130 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PEDIATRIC DSNTRY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8001 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F WELLS**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 10,652.11<br>COMMENT: 3057/SCH*2015 LOAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3515 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **RECOVERY ONE**<br>5100 PARKCENTER AVE STE 120<br><br>DUBLIN, OH 43017-7563 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4093 | CLAIM: 0.00<br>COMMENT: NT ADR~DYNOWATT CONSUMER/SCH |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9361 | CLAIM: 666.40<br>COMMENT: AMAZON/SYNCHRONY |
| **TXU ELECTRIC**<br>ATTN: BANKRUPTCY<br>PO BOX 650393<br>DALLAS, TX 75265 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7424 | CLAIM: 0.00<br>COMMENT: TXU ENERGY/SCH |
| **WEST CENTRAL TEXAS COLLECTION BUREAU**<br>1133 N SECOND ST STE 101<br><br>ABILENE, TX 79601 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8076 | CLAIM: 0.00<br>COMMENT: RDLGY ASSOC/SCH |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7816 | CLAIM: 0.00<br>COMMENT: |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3979 | CLAIM: 0.00<br>COMMENT: |
| **LPI FINANCIAL**<br>1044 FORDTOWN RD<br><br>KINGSPORT, TN 37663 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0771 | CLAIM: 0.00<br>COMMENT: SURR/PL*PD/PRIOR PL*/AMD D*DKT*FLD AFT BAR*W/29*$1,000.00/CL |
| **UNIVERSITY OF PITTSBURGH- PHYSICIANS**<br>C/O GURSTEL CHARGO PA<br>6681 COUNTRY CLUB DR<br>GOLDEN VALLEY, MN 55427 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1037 | CLAIM: 101.00<br>COMMENT: NT/SCH |
| **LPI FINANCIAL**<br>1044 FORDTOWN RD<br><br>KINGSPORT, TN 37663 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 0771 | CLAIM: 189.34<br>COMMENT: NO GEN UNS/SCH*W/27 |
| **GATEWAY ONE LENDING & FINANCE LLC***<br>175 N RIVERVIEW DR<br><br>ANAHEIM, CA 92808 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 1-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3810 | CLAIM: 0.00<br>COMMENT: AMD CL DENIED/OE*DEFICIENCY~$16,648.41*W/5*DTR OBJ/CL |

| GATEWAY ONE LENDING & FINANCE LLC* | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 175 N RIVERVIEW DR | Court Claim Number:14 | ACCOUNT NO.: 3810 |
|  | CLAIM: 0.00 |  |
| ANAHEIM, CA  92808 | COMMENT: DUPL DEFICIENCY CL:16648.41~AMDS C-1*W/D DOC 58~OE DOC 60 |  |