**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-23690-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas Jones Wise, III
5855 Prosperity Pike
West Finley PA 15377

Brandy Lynn Wise
5855 Prosperity Pike
West Finley PA 15377

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/28/2020.

Name and Address of Alleged Transferor(s):

Claim No. 1: Gateway One Lending & Finance, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808

Name and Address of Transferee:

SantanderConsumerUSA Inc
successor in interest to Gateway,One
Lending&Finance,LLC(Gateway)
P.O. Box 560284 Dallas, TX 75356

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/01/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-23690-GLT
Thomas Jones Wise, III                                                          Chapter 13
Brandy Lynn Wise
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro              Page 1 of 1              Date Rcvd: Mar 30, 2020
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14126565        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Mar 31 2020 05:25:26
                Gateway One Lending & Finance,    160 N Riverview Drive, Ste 100,   Anaheim, CA 92808
                                                                                            TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2020 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
        David A. Rice    on behalf of Debtor Thomas Jones Wise, III ricelaw1@verizon.net,
         lowdenscott@gmail.com
        David A. Rice    on behalf of Joint Debtor Brandy Lynn Wise ricelaw1@verizon.net,
         lowdenscott@gmail.com
        James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Scott R. Lowden    on behalf of Joint Debtor Brandy Lynn Wise niclowlgl@comcast.net
        Scott R. Lowden    on behalf of Debtor Thomas Jones Wise, III niclowlgl@comcast.net
        William E. Craig    on behalf of Creditor    Gateway One Lending & Finance ecfmail@mortoncraig.com,
         mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                            TOTAL: 11