Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Thomas Jones Wise III**
**Brandy Lynn Wise**
   Debtor(s)

Bankruptcy Case No.: 15–23690–GLT
Related to Docket No. 108
Chapter: 13
Docket No.: 109 – 108
Concil. Conf.: November 12, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 12, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 12, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                            Case No. 15-23690-GLT
Thomas Jones Wise, III                                            Chapter 13
Brandy Lynn Wise
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 2             Date Rcvd: Aug 12, 2020
                              Form ID: 213            Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
```
db/jdb         +Thomas Jones Wise, III,   Brandy Lynn Wise,   5855 Prosperity Pike,
                 West Finley, PA 15377-2318
14118797       +Amerifinancial Solution/ 24 On Physician,   Po Box 65018,   Baltimore, MD 21264-5018
14118798      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    P.O. Box 982236,   El Paso, TX 79998)
14158258       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14118802      ++CHROME FEDERAL CREDIT UNION,   P O BOX 658,   CANONSBURG PA 15317-0658
               (address filed with court:  Chrome Federal Credit,    45 Griffith Ave,   Washington, PA 15301)
14118803       +Collection Service / Wash Family Medicin,   Attn:Collection Center,   Po Box 14931,
                 Pittsburgh, PA 15234-0931
14118805        Gateway One Lending & Finance,   1601 Riverview Dr Ste 100,   Anaheim, CA 92808
14118806       +Harris / United Regional Health,   Harris & Harris, Ltd.,   111 W Jackson Blvd 400,
                 Chicago, IL 60604-4135
14118807       +IC System / Pediatric Dentistry,   Attn: Bankruptcy,   444 Highway 96 East, Po Box 64378,
                 St. Paul, MN 55164-0378
14162281       +LPI Financial,   1044 Fordtown Road,   Kingsport, TN 37663-3210
14118808        Marla Hawkins Property Management,   102 North Avenue,   Knox City, TX 79529
14118809      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    Attn: Bankruptcy,   350 Highland Dr,
                 Lewisville, TX 75067)
14118811       +Recovery One / Dynowatt Consumer,   3240 Henderson Rd,   Columbus, OH 43220-2300
15224124        SantanderConsumerUSA Inc,   successor in interest to Gateway,One,
                 Lending&Finance,LLC(Gateway),   P.O. Box 560284 Dallas, TX 75356
14166441       +UNIV OF PITTSBURGH PHYSICIANS,   6681 Country Club Drive,   Golden Valley MN 55427-4601
14118815       +W Central Texas Coll Bur / Radiology Asc,   1133 N Second St,   Suite 101,
                 Abilene, TX 79601-5829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Aug 13 2020 04:06:53
                 Gateway One Lending & Finance,   160 N. Riverview Dr.,   # 100,   Anaheim, CA  92808
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 13 2020 04:04:25
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bncmail@w-legal.com Aug 13 2020 04:08:28      Synchrony Bank,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Suite #400,   Seattle, WA 98121-3132
14118799       +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:04:50      Bill Me Later,   P.O. Box 5138,
                 Lutherville Timonium, MD 21094-5138
14118800       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2020 04:30:02      Cap1/bstby,
                 P.O. Box 30253,   Salt Lake City, UT 84130-0253
14118801       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2020 04:30:01      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14141238        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2020 04:30:47
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14159555        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2020 04:07:17      Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14126565        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Aug 13 2020 04:06:53
                 Gateway One Lending & Finance,   160 N Riverview Drive, Ste 100,   Anaheim, CA 92808
14162224       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2020 04:08:13      Midland Credit Management, Inc.,
                 as agent for  MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
14167917       +E-mail/PDF: cbp@onemainfinancial.com Aug 13 2020 04:04:16
                 OneMain Financial Group, LLC As Servicer For Wells,   6801 Coldwell Blvd,Mail Stop: NTSB: 1310,
                 Irving,TX 75039-3198
14118810       +E-mail/PDF: cbp@onemainfinancial.com Aug 13 2020 04:04:49      Onemain Financial,
                 2 North Main Street,   Washington, PA 15301-4508
14175370        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2020 04:16:10
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14120412        E-mail/PDF: rmscedi@recoverycorp.com Aug 13 2020 04:04:25
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14952542       +E-mail/Text: bncmail@w-legal.com Aug 13 2020 04:08:28      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
14118812       +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:04:47      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
14118813       +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:04:15      Synchrony Bank/PayPal Cr,
                 Attn:Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
14118814       +E-mail/Text: txulec09@vistraenergy.com Aug 13 2020 04:08:35      Txu Electric/TXU Energy,
                 Attention: Bankruptcy,   Po Box 650393,   Dallas, TX 75265-0393
14118816       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 13 2020 04:08:45      Webbank/fingerhut,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 19
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Aug 12, 2020
                              Form ID: 213            Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              Santander Consumer USA, Inc., successor in interes
14175190*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,   Dallas, TX 75261-9741)
14118804     ##+Executive Services / Titanium Hilling,   Executive Services,   Po Box 2248,
              Wichita Falls, TX 76307-2248
                                                                                         TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              David A. Rice     on behalf of Debtor Thomas Jones Wise, III ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice     on behalf of Joint Debtor Brandy Lynn Wise ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               kevin.shatley@padgettlawgroup.com
              Kevin Scott Frankel     on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Thomas Jones Wise, III niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Brandy Lynn Wise niclowlgl@comcast.net
              William E. Craig    on behalf of Creditor    Gateway One Lending & Finance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```