IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Thomas Wise, III,
Brandy Wise,

Bankruptcy No. 15-23690-GLT

Debtors,

Thomas Wise, III,
Brandy Wise,

Chapter 13

Movants,

Related to Document No.

No Respondent

Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the August 12, 2020 Order of Court, the Notice of Proposed Modification to Confirmed Plan and the Amended Chapter 13 Plan dated August 17, 2020 by prepaid first-class US mail on September 16, 2020 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA   15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA   15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated:  09/16/2020

/s/: David A. Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA   15301
PA ID#  50329
Ricelaw1@verizon.net
(724) 225-7270

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 15-23690-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Sep 15 12:27:21 EDT 2020 | (p)GATEWAY ONE LENDING & FINANCE LLC<br>175 N RIVERVIEW DRIVE<br>ANAHEIM CA 92808-1225 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| Synchrony Bank<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Suite #400<br>Seattle, WA 98121-3132 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Amerifinancial Solution/ 24 On Physician<br>Po Box 65018<br>Baltimore, MD 21264-5018 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bill Me Later<br>P.O. Box 5138<br>Lutherville Timonium, MD 21094-5138 |
| Capl/bstby<br>P.O. Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| (p)CHROME FEDERAL CREDIT UNION<br>P O BOX 658<br>CANONSBURG PA 15317-0658 | Collection Service / Wash Family Medicin<br>Attn:Collection Center<br>Po Box 14931<br>Pittsburgh, PA 15234-0931 | Comenity Capital Bank<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Executive Services / Titanium Hilling<br>Executive Services<br>Po Box 2248<br>Wichita Falls, TX 76307-2248 | Gateway One Lending & Finance<br>1601 Riverview Dr Ste 100<br>Anaheim, CA 92808 | Harris / United Regional Health<br>Harris & Harris, Ltd.<br>111 W Jackson Blvd 400<br>Chicago, IL 60604-4135 |
| IC System / Pediatric Dentistry<br>Attn: Bankruptcy<br>444 Highway 96 East, Po Box 64378<br>St. Paul, MN 55164-0378 | LPI Financial<br>1044 Fordtown Road<br>Kingsport, TN 37663-3210 | Marla Hawkins Property Management<br>102 North Avenue<br>Knox City, TX 79529 |
| Midland Credit Management, Inc.<br>as agent for  MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain Financial Group, LLC As Servicer For<br>6801 Coldwell Blvd,Mail Stop: NTSB: 1310<br>Irving,TX 75039-3198 | Onemain Financial<br>2 North Main Street<br>Washington, PA 15301-4508 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Recovery One / Dynowatt Consumer<br>3240 Henderson Rd<br>Columbus, OH 43220-2300 | SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 |

| | | |
|---|---|---|
| SantanderConsumerUSA Inc successor in interest to Gateway,One Lending&Finance,LLC(Gateway) P.O. Box 560284 Dallas, TX 75356 | Synchrony Bank/Amazon Attn: Bankruptcy Po Box 103104 Roswell, GA 30076-9104 | Synchrony Bank/PayPal Cr Attn:Bankruptcy Po Box 103104 Roswell, GA 30076-9104 |
| Txu Electric/TXU Energy Attention: Bankruptcy Po Box 650393 Dallas, TX 75265-0393 | UNIV OF PITTSBURGH PHYSICIANS 6681 Country Club Drive Golden Valley MN 55427-4601 | W Central Texas Coll Bur / Radiology Asc 1133 N Second St Suite 101 Abilene, TX 79601-5829 |
| Webbank/fingerhut 6250 Ridgewood Rd Saint Cloud, MN 56303-0820 | Brandy Lynn Wise 5855 Prosperity Pike West Finley, PA 15377-2318 | David A. Rice Rice & Associates Law Firm 15 West Beau Street Washington, PA 15301-6806 |
| Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219-2702 | Scott R. Lowden Nicotero & Lowden PC 3948 Monroeville Blvd., Suite 2 Monroeville, PA 15146-2437 | Thomas Jones Wise III 5855 Prosperity Pike West Finley, PA 15377-2318 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Gateway One Lending & Finance 160 N. Riverview Dr. # 100 Anaheim, CA 92808 | Bank of America P.O. Box 982236 El Paso, TX 79998 | Chrome Federal Credit 45 Griffith Ave Washington, PA 15301 |
| (d)Gateway One Lending & Finance 160 N Riverview Drive, Ste 100 Anaheim, CA 92808 | Nationstar Mortgage LLC Attn: Bankruptcy 350 Highland Dr Lewisville, TX 75067 | (d)Nationstar Mortgage LLC P.O. Box 619096 Dallas, TX 75261-9741 |
| Portfolio Recovery Associates, LLC POB 12914 Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationstar Mortgage LLC | (u)Santander Consumer USA, Inc., successor in | End of Label Matrix Mailable recipients    41 Bypassed recipients    2 Total    43 |