Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Thomas Jones Wise III
Brandy Lynn Wise**
   Debtor(s)

Bankruptcy Case No.: 15−23690−GLT
Issued Per Nov. 12, 2020 Proceeding
Chapter: 13
Docket No.: 114 − 109, 111
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 17, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. ***A final plan conciliation conference will be held on at , in .*** If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐  G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑  H.   Additional Terms: The Trustee's Certificate of Default to Dismiss [Dkt. No. 108] is withdrawn and is resolved by the proposed confirmation of Debtors amended plan.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: November 13, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23690-GLT |
| Thomas Jones Wise, III | Chapter 13 |
| Brandy Lynn Wise | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Nov 13, 2020 | Form ID: 149 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Jones Wise, III, Brandy Lynn Wise, 5855 Prosperity Pike, West Finley, PA 15377-2318 |
| 14118797 | + | Amerifinancial Solution/ 24 On Physician, Po Box 65018, Baltimore, MD 21264-5018 |
| 14118798 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982236, El Paso, TX 79998 |
| 14158258 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14118802 | ++ | CHROME FEDERAL CREDIT UNION, P O BOX 658, CANONSBURG PA 15317-0658 address filed with court:, Chrome Federal Credit, 45 Griffith Ave, Washington, PA 15301 |
| 14118803 | + | Collection Service / Wash Family Medicin, Attn:Collection Center, Po Box 14931, Pittsburgh, PA 15234-0931 |
| 14118805 | | Gateway One Lending & Finance, 1601 Riverview Dr Ste 100, Anaheim, CA 92808 |
| 14118806 | + | Harris / United Regional Health, Harris & Harris, Ltd., 111 W Jackson Blvd 400, Chicago, IL 60604-4135 |
| 14118807 | + | IC System / Pediatric Dentistry, Attn: Bankruptcy, 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 14162281 | + | LPI Financial, 1044 Fordtown Road, Kingsport, TN 37663-3210 |
| 14118808 | | Marla Hawkins Property Management, 102 North Avenue, Knox City, TX 79529 |
| 14118809 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067 |
| 14118811 | + | Recovery One / Dynowatt Consumer, 3240 Henderson Rd, Columbus, OH 43220-2300 |
| 15224124 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 14166441 | + | UNIV OF PITTSBURGH PHYSICIANS, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14118815 | + | W Central Texas Coll Bur / Radiology Asc, 1133 N Second St, Suite 101, Abilene, TX 79601-5829 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Nov 14 2020 03:56:00 | Gateway One Lending & Finance, 160 N. Riverview Dr., # 100, Anaheim, CA 92808 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 14 2020 03:27:04 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Nov 14 2020 03:57:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14118799 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2020 03:28:40 | Bill Me Later, P.O. Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14118800 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 14 2020 03:27:02 | Cap1/bstby, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14118801 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 14 2020 03:27:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14141238 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 149 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 14 2020 03:30:23 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159555 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2020 03:56:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14126565 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Nov 14 2020 03:56:00 | Gateway One Lending & Finance, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808 |
| 14162224 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2020 03:56:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14167917 | + | Email/PDF: cbp@onemainfinancial.com | Nov 14 2020 03:30:20 | OneMain Financial Group, LLC As Servicer For Wells, 6801 Coldwell Blvd, Mail Stop: NTSB: 1310, Irving, TX 75039-3198 |
| 14118810 | + | Email/PDF: cbp@onemainfinancial.com | Nov 14 2020 03:30:21 | Onemain Financial, 2 North Main Street, Washington, PA 15301-4508 |
| 14175370 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2020 10:14:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120412 | | Email/PDF: rmscedi@recoverycorp.com | Nov 14 2020 03:28:44 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952542 | + | Email/Text: bncmail@w-legal.com | Nov 14 2020 03:57:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14118812 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2020 03:27:01 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14118813 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2020 03:28:40 | Synchrony Bank/PayPal Cr, Attn:Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14118814 | + | Email/Text: txulec09@vistraenergy.com | Nov 14 2020 03:57:00 | Txu Electric/TXU Energy, Attention: Bankruptcy, Po Box 650393, Dallas, TX 75265-0393 |
| 14118816 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 14 2020 03:57:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Santander Consumer USA, Inc., successor in interes |
| 14175190 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14118804 | ##+ | Executive Services / Titanium Hilling, Executive Services, Po Box 2248, Wichita Falls, TX 76307-2248 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: jhel | Page 3 of 3
Date Rcvd: Nov 13, 2020 | Form ID: 149 | Total Noticed: 35

Date: Nov 15, 2020       Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Thomas Jones Wise III ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Brandy Lynn Wise ricelaw1@verizon.net lowdenscott@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Thomas Jones Wise III niclowlgl@comcast.net |
| Scott R. Lowden | on behalf of Joint Debtor Brandy Lynn Wise niclowlgl@comcast.net |
| William E. Craig | on behalf of Creditor Gateway One Lending & Finance ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11