IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| THOMAS WISE, | Bankruptcy No.: 15-23690-GLT |
| BRANDY WISE, | Chapter 13 |
| | Document No.: |
| Debtor, | |
| | |
| SCOTT R. LOWDEN, ESQ., | |
| | |
| Applicant, | |
| | |
| vs | |
| | |
| NO RESPONDENT, | |
| | |
| Respondent. | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Final Application for Compensation # 117**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 14, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objections or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 1, 2021.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: 05/03/2021        By:    /s/ David A Rice, Esq.

Rice & Associates Law Firm

15 West Beau Street, Washington, PA  15301

724-225-7270

PA 50329