**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/9/21 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  THOMAS JONES WISE, III
BRANDY LYNN WISE
        Debtor(s)
  Ronda J. Winnecour, Trustee
   Movant
     vs.
  THOMAS JONES WISE, III
BRANDY LYNN WISE

     Respondents

Case No.15-23690GLT

Chapter 13

Related to Dkt. No. 121

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 9th day of June 2021, it is hereby ORDERED, ADJUDGED, and DECREED that

    Wildcat Oil Tools Llc
    Attn Payroll Department
    Po Box 50592
    Midland,TX 79710

is hereby ordered to immediately terminate the attachment of the wages of THOMAS JONES WISE, III, social security number XXX-XX-3810. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THOMAS JONES WISE, III.

BY THE COURT:

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23690-GLT |
| Thomas Jones Wise, III | Chapter 13 |
| Brandy Lynn Wise | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas Jones Wise, III, Brandy Lynn Wise, 5855 Prosperity Pike, West Finley, PA 15377-2318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Joint Debtor Brandy Lynn Wise ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Thomas Jones Wise  III ricelaw1@verizon.net, lowdenscott@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 2 of 2 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Joint Debtor Brandy Lynn Wise niclowlgl@comcast.net

Scott R. Lowden
    on behalf of Debtor Thomas Jones Wise  III niclowlgl@comcast.net

William E. Craig
    on behalf of Creditor Gateway One Lending & Finance ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11