Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Thomas Jones Wise III** | : | Case No. 15−23690−GLT |
| **Brandy Lynn Wise** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 125 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/22/21 at 11:00 AM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 27th of July, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 125 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before September 10, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *September 22, 2021 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*Gregory L. Taddonio, Judge*
*United States Bankruptcy Court*

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23690-GLT |
| Thomas Jones Wise, III | Chapter 13 |
| Brandy Lynn Wise | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Jul 27, 2021 | Form ID: 604 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Jones Wise, III, Brandy Lynn Wise, 5855 Prosperity Pike, West Finley, PA 15377-2318 |
| 14118797 | + | Amerifinancial Solution/ 24 On Physician, Po Box 65018, Baltimore, MD 21264-5018 |
| 14118798 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982236, El Paso, TX 79998 |
| 14158258 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14118802 | ++ | CHROME FEDERAL CREDIT UNION, P O BOX 658, CANONSBURG PA 15317-0658 address filed with court:, Chrome Federal Credit, 45 Griffith Ave, Washington, PA 15301 |
| 14118803 | + | Collection Service / Wash Family Medicin, Attn:Collection Center, Po Box 14931, Pittsburgh, PA 15234-0931 |
| 14118805 | | Gateway One Lending & Finance, 1601 Riverview Dr Ste 100, Anaheim, CA 92808 |
| 14118806 | + | Harris / United Regional Health, Harris & Harris, Ltd., 111 W Jackson Blvd 400, Chicago, IL 60604-4135 |
| 14118807 | + | IC System / Pediatric Dentistry, Attn: Bankruptcy, 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 14162281 | + | LPI Financial, 1044 Fordtown Road, Kingsport, TN 37663-3210 |
| 14118808 | | Marla Hawkins Property Management, 102 North Avenue, Knox City, TX 79529 |
| 14118809 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067 |
| 14118811 | + | Recovery One / Dynowatt Consumer, 3240 Henderson Rd, Columbus, OH 43220-2300 |
| 15224124 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 14166441 | + | UNIV OF PITTSBURGH PHYSICIANS, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14118815 | + | W Central Texas Coll Bur / Radiology Asc, 1133 N Second St, Suite 101, Abilene, TX 79601-5829 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jul 27 2021 23:15:00 | Gateway One Lending & Finance, 160 N. Riverview Dr., # 100, Anaheim, CA 92808 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2021 23:13:57 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Jul 27 2021 23:15:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14118799 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:40 | Bill Me Later, P.O. Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14118800 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:13:42 | Cap1/bstby, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14118801 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:13:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14141238 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Jul 27 2021 23:13:55 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159555 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 23:15:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14126565 | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jul 27 2021 23:15:00 | Gateway One Lending & Finance, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808 |
| 14162224 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 23:15:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14167917 | + Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 23:13:20 | OneMain Financial Group, LLC As Servicer For Wells, 6801 Coldwell Blvd,Mail Stop: NTSB: 1310, Irving,TX 75039-3198 |
| 14118810 | + Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 23:13:20 | Onemain Financial, 2 North Main Street, Washington, PA 15301-4508 |
| 14175370 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:13:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120412 | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2021 23:24:03 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952542 | + Email/Text: bncmail@w-legal.com | Jul 27 2021 23:15:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14118812 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:27 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14118813 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:41 | Synchrony Bank/PayPal Cr, Attn:Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14118814 | + Email/Text: txulec09@vistraenergy.com | Jul 27 2021 23:15:00 | Txu Electric/TXU Energy, Attention: Bankruptcy, Po Box 650393, Dallas, TX 75265-0393 |
| 14118816 | + Email/Text: bnc-bluestem@quantum3group.com | Jul 27 2021 23:15:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Nationstar Mortgage LLC |
| cr |  | Santander Consumer USA, Inc., successor in interes |
| 14175190 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14118804 | ##+ | Executive Services / Titanium Hilling, Executive Services, Po Box 2248, Wichita Falls, TX 76307-2248 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: jhel | Page 3 of 3
Date Rcvd: Jul 27, 2021 | Form ID: 604 | Total Noticed: 35

Date: Jul 29, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Andrew F Gornall
  on behalf of Creditor Nationstar Mortgage LLC agornall@gornall-law.com

Brian Nicholas
  on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

David A. Rice
  on behalf of Debtor Thomas Jones Wise III ricelaw1@verizon.net, lowdenscott@gmail.com

David A. Rice
  on behalf of Joint Debtor Brandy Lynn Wise ricelaw1@verizon.net lowdenscott@gmail.com

Joshua I. Goldman
  on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com

Kevin Scott Frankel
  on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com logsecf@logs.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Scott R. Lowden
  on behalf of Debtor Thomas Jones Wise III niclowlgl@comcast.net

Scott R. Lowden
  on behalf of Joint Debtor Brandy Lynn Wise niclowlgl@comcast.net

William E. Craig
  on behalf of Creditor Gateway One Lending & Finance ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 11