**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS JONES WISE, III<br>BRANDY LYNN WISE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:15-23690<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

July 26, 2021

/s/　Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/08/2015 and confirmed on 11/13/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,642.68 |
| Less Refunds to Debtor | 2,766.25 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,876.43 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 9,172.20 | |
|    Trustee Fee | 4,671.72 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,843.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8515 | | | | |
|   CHROME FCU* | 601.15 | 601.15 | 672.09 | 1,273.24 |
|     Acct: 0006 | | | | |
|   LPI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0771 | | | | |
|   CHROME FCU* | 47,002.00 | 47,002.00 | 5,546.69 | 52,548.69 |
|     Acct: 0008 | | | | |
|   CHROME FCU* | 2,385.68 | 2,385.68 | 450.69 | 2,836.37 |
|     Acct: 0007 | | | | |
|   SANTANDER CONSUMER USA** | 6,421.50 | 6,421.50 | 1,592.90 | 8,014.40 |
|     Acct: 7401 | | | | |
| | | | | 64,672.70 |
| **Priority** | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS JONES WISE, III | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS JONES WISE, III | 2,766.25 | 2,766.25 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 2,414.93 | 2,414.93 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX8-17 | | | | |
|   RICE AND ASSOCIATES | 2,172.20 | 2,172.20 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX4/21 | | | | |
|   RICE AND ASSOCIATES | 1,585.07 | 1,585.07 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX0/20 | | | | |
|   RICE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| MIDLAND FUNDING LLC<br>Acct: 9003 | 826.01 | 826.01 | 0.00 | 826.01 |
| AMERIFINANCIAL SOLUTIONS++<br>Acct: 8888 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERIFINANCIAL SOLUTIONS++<br>Acct: 8889 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: 7076 | 1,555.90 | 1,555.90 | 0.00 | 1,555.90 |
| BILL ME LATER INC A/S/F SYNCHRONY BA<br>Acct: 6489 | 291.20 | 291.20 | 0.00 | 291.20 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 4756 | 5,927.17 | 5,927.17 | 0.00 | 5,927.17 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 1983 | 1,042.54 | 1,042.54 | 0.00 | 1,042.54 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 4054 | 805.40 | 805.40 | 0.00 | 805.40 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 4434 | 492.08 | 492.08 | 0.00 | 492.08 |
| CHROME FCU*<br>Acct: 0002 | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: 0830 | 0.00 | 0.00 | 0.00 | 0.00 |
| EXECUTIVE SERVICES<br>Acct: 6585 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARRIS AND HARRIS LTD<br>Acct: 7130 | 0.00 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM INC++<br>Acct: 8001 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A/S/F V<br>Acct: 3515 | 10,652.11 | 10,652.11 | 0.00 | 10,652.11 |
| RECOVERY ONE<br>Acct: 4093 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 9361 | 666.40 | 666.40 | 0.00 | 666.40 |
| TXU ELECTRIC<br>Acct: 7424 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST CENTRAL TEXAS COLLECTION BU<br>Acct: 8076 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEBBANK-FINGERHUT<br>Acct: 7816 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEBBANK-FINGERHUT<br>Acct: 3979 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIVERSITY OF PITTSBURGH- PHYSICIAI<br>Acct: 1037 | 101.00 | 101.00 | 0.00 | 101.00 |
| SANTANDER CONSUMER USA**<br>Acct: 7401 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA**<br>Acct: 7401 | 0.00 | 0.00 | 0.00 | 0.00 |
| LPI FINANCIAL<br>Acct: 0771 | 189.34 | 0.00 | 0.00 | 0.00 |
| | | | | 22,359.81 |

TOTAL PAID TO CREDITORS                                                                                    87,032.51

Case 15-23690-GLT    Doc 128    Filed 07/29/21    Entered 07/30/21 00:32:08    Desc
Imaged Certificate of Notice    Page 4 of 7

15-23690                                                                                          Page 3 of 3

```
TOTAL CLAIMED
    PRIORITY              0.00
    SECURED          56,410.33
    UNSECURED        22,549.15
```

Date: 07/26/2021                                      /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    THOMAS JONES WISE, III
    BRANDY LYNN WISE
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:15-23690

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23690-GLT |
| Thomas Jones Wise, III | Chapter 13 |
| Brandy Lynn Wise | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 2 |
| Date Rcvd: Jul 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | + Brandy Lynn Wise, 5855 Prosperity Pike, West Finley, PA 15377-2318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Thomas Jones Wise III ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Brandy Lynn Wise ricelaw1@verizon.net lowdenscott@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com logsecf@logs.com |

District/off: 0315-2     User: jhel     Page 2 of 2

Date Rcvd: Jul 27, 2021     Form ID: pdf900     Total Noticed: 1

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott R. Lowden
on behalf of Joint Debtor Brandy Lynn Wise niclowlgl@comcast.net

Scott R. Lowden
on behalf of Debtor Thomas Jones Wise III niclowlgl@comcast.net

William E. Craig
on behalf of Creditor Gateway One Lending & Finance ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11