| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas Jones Wise III** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3810 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Brandy Lynn Wise** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1037 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **15–23690–GLT** | | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Jones Wise III                                                      Brandy Lynn Wise

<u>9/13/21</u>                                                                      **By the court:**   <u>Gregory L. Taddonio</u>
                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23690-GLT |
| Thomas Jones Wise, III | Chapter 13 |
| Brandy Lynn Wise | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: aala | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2021 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Jones Wise, III, Brandy Lynn Wise, 5855 Prosperity Pike, West Finley, PA 15377-2318 |
| 14118797 | + | Amerifinancial Solution/ 24 On Physician, Po Box 65018, Baltimore, MD 21264-5018 |
| 14158258 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14118802 | ++ | CHROME FEDERAL CREDIT UNION, P O BOX 658, CANONSBURG PA 15317-0658 address filed with court:, Chrome Federal Credit, 45 Griffith Ave, Washington, PA 15301 |
| 14118803 | + | Collection Service / Wash Family Medicin, Attn:Collection Center, Po Box 14931, Pittsburgh, PA 15234-0931 |
| 14118805 | | Gateway One Lending & Finance, 1601 Riverview Dr Ste 100, Anaheim, CA 92808 |
| 14118806 | + | Harris / United Regional Health, Harris & Harris, Ltd., 111 W Jackson Blvd 400, Chicago, IL 60604-4135 |
| 14162281 | + | LPI Financial, 1044 Fordtown Road, Kingsport, TN 37663-3210 |
| 14118808 | | Marla Hawkins Property Management, 102 North Avenue, Knox City, TX 79529 |
| 14118809 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067 |
| 14118811 | + | Recovery One / Dynowatt Consumer, 3240 Henderson Rd, Columbus, OH 43220-2300 |
| 15224124 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 14166441 | + | UNIV OF PITTSBURGH PHYSICIANS, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14118815 | + | W Central Texas Coll Bur / Radiology Asc, 1133 N Second St, Suite 101, Abilene, TX 79601-5829 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Sep 14 2021 06:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 14 2021 06:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2021 23:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Sep 13 2021 23:22:00 | Gateway One Lending & Finance, 160 N. Riverview Dr., # 100, Anaheim, CA 92808 |
| cr | EDI: RECOVERYCORP.COM | Sep 14 2021 06:38:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2021 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Sep 13 2021 23:22:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14118798 | | EDI: BANKAMER.COM | Sep 14 2021 06:38:00 | Bank of America, P.O. Box 982236, El Paso, TX 79998 |
| 14118799 | + | EDI: RMSC.COM | Sep 14 2021 06:38:00 | Bill Me Later, P.O. Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14118800 | + | EDI: CAPITALONE.COM | Sep 14 2021 06:38:00 | Cap1/bstby, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14118801 | + | EDI: CAPITALONE.COM | Sep 14 2021 06:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14141238 | | EDI: CAPITALONE.COM | Sep 14 2021 06:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159555 | + | EDI: WFNNB.COM | Sep 14 2021 06:38:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14126565 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Sep 13 2021 23:22:00 | Gateway One Lending & Finance, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808 |
| 14118807 | + | EDI: IIC9.COM | Sep 14 2021 06:38:00 | IC System / Pediatric Dentistry, Attn: Bankruptcy, 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 14162224 | + | EDI: MID8.COM | Sep 14 2021 06:38:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14167917 | + | EDI: AGFINANCE.COM | Sep 14 2021 06:38:00 | OneMain Financial Group, LLC As Servicer For Wells, 6801 Coldwell Blvd,Mail Stop: NTSB: 1310, Irving,TX 75039-3198 |
| 14118810 | + | EDI: AGFINANCE.COM | Sep 14 2021 06:38:00 | Onemain Financial, 2 North Main Street, Washington, PA 15301-4508 |
| 14175370 | | EDI: PRA.COM | Sep 14 2021 06:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120412 | | EDI: RECOVERYCORP.COM | Sep 14 2021 06:38:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952542 | + | Email/Text: bncmail@w-legal.com | Sep 13 2021 23:22:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14118812 | + | EDI: RMSC.COM | Sep 14 2021 06:38:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14118813 | + | EDI: RMSC.COM | Sep 14 2021 06:38:00 | Synchrony Bank/PayPal Cr, Attn:Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14118814 | + | Email/Text: txulec09@vistraenergy.com | Sep 13 2021 23:22:00 | Txu Electric/TXU Energy, Attention: Bankruptcy, Po Box 650393, Dallas, TX 75265-0393 |
| 14118816 | + | EDI: BLUESTEM | Sep 14 2021 06:38:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Santander Consumer USA, Inc., successor in interes |

| | | |
|---|---|---|
| 14175190 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14118804 | ##+ | Executive Services / Titanium Hilling, Executive Services, Po Box 2248, Wichita Falls, TX 76307-2248 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Thomas Jones Wise III ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Brandy Lynn Wise ricelaw1@verizon.net  lowdenscott@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Thomas Jones Wise III niclowlgl@comcast.net |
| Scott R. Lowden | on behalf of Joint Debtor Brandy Lynn Wise niclowlgl@comcast.net |
| William E. Craig | on behalf of Creditor Gateway One Lending & Finance ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11