**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/13/21 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    THOMAS JONES WISE, III
    BRANDY LYNN WISE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23690

Chapter 13

Related to Dkt. No. 125

ORDER OF COURT

  AND NOW, this 13th day of September 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas Jones Wise, III  
Brandy Lynn Wise  
    Debtors

Case No. 15-23690-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: aala | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2021 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Jones Wise, III, Brandy Lynn Wise, 5855 Prosperity Pike, West Finley, PA 15377-2318 |
| 14118797 | + | Amerifinancial Solution/ 24 On Physician, Po Box 65018, Baltimore, MD 21264-5018 |
| 14118798 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982236, El Paso, TX 79998 |
| 14158258 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14118802 | ++ | CHROME FEDERAL CREDIT UNION, P O BOX 658, CANONSBURG PA 15317-0658 address filed with court:, Chrome Federal Credit, 45 Griffith Ave, Washington, PA 15301 |
| 14118803 | + | Collection Service / Wash Family Medicin, Attn:Collection Center, Po Box 14931, Pittsburgh, PA 15234-0931 |
| 14118805 | | Gateway One Lending & Finance, 1601 Riverview Dr Ste 100, Anaheim, CA 92808 |
| 14118806 | + | Harris / United Regional Health, Harris & Harris, Ltd., 111 W Jackson Blvd 400, Chicago, IL 60604-4135 |
| 14118807 | + | IC System / Pediatric Dentistry, Attn: Bankruptcy, 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 14162281 | + | LPI Financial, 1044 Fordtown Road, Kingsport, TN 37663-3210 |
| 14118808 | | Marla Hawkins Property Management, 102 North Avenue, Knox City, TX 79529 |
| 14118809 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067 |
| 14118811 | + | Recovery One / Dynowatt Consumer, 3240 Henderson Rd, Columbus, OH 43220-2300 |
| 15224124 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 14166441 | + | UNIV OF PITTSBURGH PHYSICIANS, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14118815 | + | W Central Texas Coll Bur / Radiology Asc, 1133 N Second St, Suite 101, Abilene, TX 79601-5829 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Sep 13 2021 23:22:00 | Gateway One Lending & Finance, 160 N. Riverview Dr., # 100, Anaheim, CA 92808 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Sep 13 2021 23:26:13 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Sep 13 2021 23:22:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14118799 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 13 2021 23:26:12 | Bill Me Later, P.O. Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14118800 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 13 2021 23:26:07 | Cap1/bstby, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14118801 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 13 2021 23:26:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14141238 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | Sep 13 2021 23:26:18 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159555 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2021 23:22:00 | | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14126565 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com Sep 13 2021 23:22:00 | | Gateway One Lending & Finance, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808 |
| 14162224 | + | Email/Text: bankruptcydpt@mcmcg.com Sep 13 2021 23:22:00 | | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14167917 | + | Email/PDF: cbp@onemainfinancial.com Sep 13 2021 23:26:07 | | OneMain Financial Group, LLC As Servicer For Wells, 6801 Coldwell Blvd,Mail Stop: NTSB: 1310, Irving,TX 75039-3198 |
| 14118810 | + | Email/PDF: cbp@onemainfinancial.com Sep 13 2021 23:26:07 | | Onemain Financial, 2 North Main Street, Washington, PA 15301-4508 |
| 14175370 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2021 23:26:13 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120412 | | Email/PDF: rmscedi@recoverycorp.com Sep 13 2021 23:26:19 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952542 | + | Email/Text: bncmail@w-legal.com Sep 13 2021 23:22:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14118812 | + | Email/PDF: gecsedi@recoverycorp.com Sep 13 2021 23:26:12 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14118813 | + | Email/PDF: gecsedi@recoverycorp.com Sep 13 2021 23:26:12 | | Synchrony Bank/PayPal Cr, Attn:Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14118814 | + | Email/Text: txulec09@vistraenergy.com Sep 13 2021 23:22:00 | | Txu Electric/TXU Energy, Attention: Bankruptcy, Po Box 650393, Dallas, TX 75265-0393 |
| 14118816 | + | Email/Text: bnc-bluestem@quantum3group.com Sep 13 2021 23:22:00 | | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Santander Consumer USA, Inc., successor in interes |
| 14175190 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14118804 | ##+ | Executive Services / Titanium Hilling, Executive Services, Po Box 2248, Wichita Falls, TX 76307-2248 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 3 of 3 |
| Date Rcvd: Sep 13, 2021 | Form ID: pdf900 | Total Noticed: 35 |

Date: Sep 15, 2021  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Andrew F Gornall
on behalf of Creditor Nationstar Mortgage LLC agornall@gornall-law.com

Brian Nicholas
on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

David A. Rice
on behalf of Debtor Thomas Jones Wise III ricelaw1@verizon.net, lowdenscott@gmail.com

David A. Rice
on behalf of Joint Debtor Brandy Lynn Wise ricelaw1@verizon.net lowdenscott@gmail.com

Joshua I. Goldman
on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com

Kevin Scott Frankel
on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com logsecf@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott R. Lowden
on behalf of Debtor Thomas Jones Wise III niclowlgl@comcast.net

Scott R. Lowden
on behalf of Joint Debtor Brandy Lynn Wise niclowlgl@comcast.net

William E. Craig
on behalf of Creditor Gateway One Lending & Finance ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11